THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Respondent, *v.* ELIZABETH LYON, Individually and as Executrix of HENRY HART, Deceased, et al., Appellants.

*People ex rel. City of New York* v. *Lyon*, 114 App. Div. 583, affirmed.
(Argued October 3, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1906, which reversed a determination of the board of assessors of the city of New York in a proceeding to recover damages for an alleged change of grade.

*Ernest Hall* and *Thomas S. Bassford* for appellants.

*John J. Delany*, Corporation Counsel (*Theodore Connoly* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.